# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER HARRIS,** | **CIVIL ACTION** |
| *Plaintiff*, | |
| v. | **No. 18-1475** |
| **OFFICER LESKO,** *et al.* | |
| *Defendants*. | |

## ORDER

**AND NOW**, this 13th day of June, 2018, it having been reported, during a June 12, 2018, hearing, that the issues between the parties in the above action have been settled and pursuant to Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that the above action is **DISMISSED** pursuant to agreement of the parties without costs.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG, J.**