**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
| |
**CHRISTOPHER HARRIS,**            :        **CIVIL ACTION**

         *Plaintiff,*              :

                          :        **No. 18-1475**

         **v.**                    :

**OFFICER LESKO,** *et al.*          :

         *Defendants.*          :
_____:

## ORDER

      **AND NOW**, this 15th day of August, 2018, upon consideration of the "Relief from Order" filed by Plaintiff, requesting "relief" from the Court's June 13, 2018, Order dismissing this action pursuant to Local Rule of Civil Procedure 41.1(b) (Doc. No. 9), and for the reasons set out in the Court's June 29, 2018, Order (Doc. No. 8), it is hereby **ORDERED** that the request is **DENIED**.

                                       **BY THE COURT:**

                                       **/s/ Mitchell S. Goldberg**

                                       _____
                                       **MITCHELL S. GOLDBERG, J.**