IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER HARRIS,** | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | No. 18-1475 |
| v. | : | |
| **OFFICER LESKO,** *et al.* | : | |
| *Defendants*. | : | |

# ORDER

**AND NOW**, this 16th day of October, 2018, upon consideration of Plaintiff's "Application for Extension of Time to File Petition for Writ of Certiotari" (Doc. No. 15), which the Court will construe as a request for an extension of Plaintiff's deadline under the Court's September 24, 2018, Order to file an application to proceed on appeal *in forma pauperis* (Doc. No. 14),[1] the request is **GRANTED IN PART**. Plaintiff may refile his Application to Proceed *In Forma Pauperis*, pursuant to the Court's September 24, 2018, Order, **within fourteen (14) days of the date of this Order**. **No further extensions will be granted.**

---

[1] In his "Application," Plaintiff requests "an additional 30-day extension to file [his] petition for Writ of Certiorari to the United States Court of Appeals for the Third Circuit under Federal Rule of Civil Procedure 11(a)(b)(1) & 2." Plaintiff also notes that he "will be able to pay a fee of $505.00 due to the Clerk of District Court within that extended period of time."

This Court's September 24, 2018, Order denied without prejudice Plaintiff's application to proceed on appeal *in forma pauperis* (i.e. *without paying the filing fee*), noting that the Plaintiff had not submitted, with his application, the statement of issues and claim of entitlement to redress required by Federal Rule of Appellate Procedure 24(a)(1). Under that Order, Plaintiff had until October 8, 2018, to re-file his application. Plaintiff has not yet done so. Accordingly, this Court will construe Plaintiff's instant "Application for Extension of Time" as a request to extend the October 8, 2018, deadline.

**BY THE COURT:**

/s/ Mitchell S. Goldberg

_____

**Mitchell S. Goldberg, J.**