IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER HARRIS,** | CIVIL ACTION |
| *Plaintiff*, | |
| | No. 18-1475 |
| v. | |
| **OFFICER LESKO,** *et al.* | |
| *Defendants*. | |

## ORDER

**AND NOW**, this 8th day of November, 2018, upon consideration of Plaintiff's "Motion for Leave to File an Amended Complaint" (Doc. No. 17), and the Court noting that Plaintiff has filed a notice of appeal in this matter (Doc. No. 11), it is hereby **ORDERED** that the Motion is **DENIED** for lack of jurisdiction. See Sheet Metal Workers' Int'l Ass'n Local 19 v. Herre Bros., Inc., 198 F.3d 391, 394 (3d Cir. 1999) ("It is well established that '[t]he filing of a notice of appeal . . . confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.'" (quoting Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982))).

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**