# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CIVIL/CRIMIMAL
ACTION NO.
18-1475

CHRISTOPHER HARRIS

    Plaintiff,

v.

OFFICER LESKO, et al.

    Defendants.

## Request

I hereby request that the Honorable Judge Mitchell S. Goldberg sanction the City of Philadelphia for failure to follow court rules. See Local Rule of Civil Procedure 41.1(b). ("Pursuant to the agreement..."). See also Federal Rule of Civil Procedure Rule 60(b) (3). "Fraud, misrepresentation, or misconduct by an opposing party"). See PA Statute 33 Section 5. ("Acceptances to be in writing,") subject to 28 U.S. Code § 1331. See also Fed. R. Civ. P. 41(a). "For voluntary dismissals, the default rule is that a plaintiff's first dismissal is without prejudice." Id. "Only a prior dismissal with prejudice (whether voluntary or involuntary) precludes later relitigating the dismissed claims." See Fed. R. Civ. P. 41(b); Semtek, 531 U.S. at 502. Whereas claim preclusion is traditionally said to require a "judgment on the merits." United States v. Athlone Indus., Inc., 746 F.2d 977, 983 (3d Cir. 1984). See also Houston-Starr company v. Virginia Manor Apartments, Inc., 294 Pa. Super. 571, 440 A.2d 613 (1982) "The trial court erred in entering the ORDER without first conducting an evidentiary hearing and making findings of fact concerning the settlement agreement."

PRINTED NAME: Christopher Harris

ADDRESS: 2006 S. John Russell Circle Apt. A

Elkins Park, PA 19027

Signature: /s/ Christopher Harris

Date: 6.26.2023

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER HARRIS, | CIVIL ACTION |
| *Plaintiff,* | |
| | No. 18-1475 |
| v. | |
| OFFICER LESKO, *et al.* | |
| *Defendants.* | |

## ORDER

AND NOW, this 13th day of June, 2018, it having been reported, during a June 12, 2018, hearing, that the issues between the parties in the above action have been settled and pursuant to Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that the above action is **DISMISSED** pursuant to agreement of the parties without costs.

BY THE COURT:

/s/ Mitchell S. Goldberg

MITCHELL S. GOLDBERG, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER HARRIS, | CIVIL ACTION |
| *Plaintiff*, | |
| v. | No. 18-1475 |
| OFFICER LESKO, *et al.* | |
| *Defendants.* | |

## ORDER

**AND NOW**, this 29th day of June, 2018, upon consideration of correspondence from Plaintiff, proceeding *pro se*, requesting that the Court vacate its June 13, 2018, Order dismissing this case as settled pursuant to Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that the request is **DENIED**.[1]

---

[1] On June 12, 2018, during a status conference in this matter, the parties reached a settlement agreement, the terms of which were agreed to by Plaintiff on the record. The following day, the Court issued an order dismissing this case as settled pursuant to Local Rule of Civil Procedure 41.1(b) (hereinafter "Local Civil Rule 41.1(b)"). On June 25, 2018, Plaintiff, proceeding *pro se*, submitted a letter indicating that the parties "have communicated a non-payment of funds via email on June 12, 2018," which communication "receive[d] acknowledgement on June 13, 2018." Plaintiff's letter requests that the Court vacate the June 13, 2018, Order under Local Civil Rule 41.1(b).

Because a settlement agreement is a contract, such an agreement, "voluntarily entered into, is binding upon the parties . . . even if it is clear that a party had a change of heart between the time [he or she] agreed to the terms of the settlement and when those terms were reduced to writing." Thomas v. Univ. of Pa., No. 06-cv-1916, 2007 WL 2891739, at *2 (E.D. Pa. Oct. 2, 2007) (internal quotation marks omitted). Thus, where, as here, the parties reached a settlement agreement, an order dismissing the action under Local Civil Rule 41.1(b) will not be vacated. See id. (denying party's motion to vacate order of dismissal under Local Civil Rule 41.1(b) where the party represented her acceptance of the other party's settlement offer to a magistrate judge with whom the parties had met for a settlement conference).

Accordingly, the Court's June 13, 2018, Order dismissing this case pursuant to Local Civil Rule 41.1(b) will not be vacated, and either party may, if necessary, move to enforce the settlement agreement.

BY THE COURT:

_____
MITCHELL S. GOLDBERG, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER HARRIS, | CIVIL ACTION |
| *Plaintiff*, | |
| v. | No. 18-1475 |
| OFFICER LESKO, *et al.* | |
| *Defendants*. | |

## ORDER

**AND NOW**, this 8th day of November, 2018, upon consideration of Plaintiff's "Motion for Leave to File an Amended Complaint" (Doc. No. 17), and the Court noting that Plaintiff has filed a notice of appeal in this matter (Doc. No. 11), it is hereby **ORDERED** that the Motion is **DENIED** for lack of jurisdiction. See Sheet Metal Workers' Int'l Ass'n Local 19 v. Herre Bros., Inc., 198 F.3d 391, 394 (3d Cir. 1999) ("It is well established that '[t]he filing of a notice of appeal . . . confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.'" (quoting Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982))).

BY THE COURT:

/s/ Mitchell S. Goldberg

Mitchell S. Goldberg, J.

Christopher L. Harris

Pro se Litigant

Case No. 18-1475

Philadelphia, PA 19144

harrischrisl@msn.com

June 25, 2018

<u>VIA U.S. MAIL</u>

The Honorable Mitchell S. Goldberg

U.S. District Court, Eastern District of Pennsylvania

7614 U.S. Courthouse

601 Market Street

Philadelphia, PA 19106

    RE:    Application to Vacate Order, No. 18-1475

Dear Judge Goldberg,

    Deputy City Solicitor Michael R. Miller and Pro Se Litigant Christopher L. Harris have communicated a non-payment of funds via email on June 12, 2018. An order receives acknowledgement on June 13, 2018. Pro se Litigant Christopher L. Harris now request The Honorable Judge Goldberg to vacate the order under Rule 41.B in Federal Rules of Civil Procedure... Under Rule 34 in Federal Rules of Civil Procedure, Christopher L. Harris request concurrently that defendant(s) produce documents from State Court discovery: Taser report; use-of-force report; police report and property receipt. The plaintiff is further requesting that Judge Goldberg issue a Scheduling Order and up to 60 days for additional discovery on the case. The plaintiff Christopher L. Harris duly request Summary Judgement or partial judgement on the case under Rule 56 – subsequently as a matter of law.

Respectfully Submitted,

Christopher L. Harris

CHRISTOPHER HARMS
2006 S. John Russell Circle Apt. 4
Elkins Park, PA 19027


THE HONORABLE MITCHELL S. GOLDBERG
U.S. DISTRICT COURT, EASTERN
DISTRICT OF PENNSYLVANIA
7614 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106