**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **CHRISTOPHER HARRIS,** | **Civil Action** |
| *Plaintiff,* | |
| *v.* | **No. 18-cv-1475** |
| **OFFICER LESKO** *et al.*, | |
| *Defendants.* | |

## ORDER

**AND NOW**, this 14th day of July, 2023, upon consideration of Plaintiff Christopher Harris's request to sanction the City of Philadelphia (ECF No. 20), I find as follows:

1.     Plaintiff brought this action under 42 U.S.C. § 1983 against Defendants for alleged excessive use of force. On June 13, 2018, the case was dismissed pursuant to a settlement agreement. (ECF No. 7.)

2.     Plaintiff filed an appeal of the dismissal, and the Court of Appeals for the Third Circuit dismissed the appeal as untimely in part and affirmed in part. That appeal terminated on March 26, 2019. (ECF No. 19.)

3.     Plaintiff now requests that I sanction the City of Philadelphia. Although the basis for Plaintiff's request is unclear, Plaintiff appears to suggest that the City is improperly asserting the judgment in this case as preclusive in another case.

4.     Because Plaintiff's request does not describe any sanctionable conduct on the part of the City or any authority for imposing sanctions in a case that was dismissed more than five years ago, Plaintiff's request will be denied.

**WHEREFORE**, it is hereby **ORDERED** that Plaintiff Christopher Harris's request to sanction the City of Philadelphia (ECF No. 20) is **DENIED**.

BY THE COURT:


  */s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**