IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CHRISTOPHER HARRIS,** *Plaintiff*, v. **OFFICER LESKO** *et al.*, *Defendants*. | Civil Action No. 18-cv-1475 |

## ORDER

**AND NOW**, this 12th day of August, 2024, upon consideration of Plaintiff's motion to reconsider the denial of his motion to set aside judgment (ECF No. 40), and finding no basis warranting reconsideration, it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG, J.**

1